77,210-03

Feb. 9, 2015

Abel Acosta, Clerk

   I need to alert you to my move from the Stevenson Unit to the Wayne Scott Unit, my new address is:

Keith Cumbee 1699482
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas
      77515

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

Respectfully,

Keith S. Cumbee
   1699482